THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Tremon L.
 Doctor, Appellant.
 
 
 
 
 

Appeal From Richland County
 J. Michelle Childs, Circuit Court Judge

Unpublished Opinion No. 2009-UP-561
 Submitted November 2, 2009  Filed
November 23, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott; and Solicitor Warren B. Giese, all of Columbia; for
 Respondent.
 
 
 

PER CURIAM: Tremon L. Doctor appeals his guilty plea
 and sentences for carjacking, armed
 robbery, and voluntary manslaughter arguing his guilty plea did not comply with
 the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record, counsel's brief,
 and Doctor's pro se brief pursuant to Anders v. California, 386 U.S. 738
 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we
 dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.